**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**PACKAGING GRAPHICS, LLC**
**and JOHN A. DENSON**
**Plaintiffs**

**v.** **C.A.No.:** 06 230 ML

**ROHRER CORPORATION and**
**JOHN P. ROHRER**

**NOTICE OF REMOVAL**

Now come the Defendants, Rohrer Corporation and John P. Rohrer and, pursuant to 28 U.S.C. §§ 1441 and 1446 and Local Rule Cv 81, hereby give notice of the removal of the civil action captioned Packaging Graphics, LLC and John A. Denson v. Rohrer Corporation and John P. Rohrer (C.A.No.: PB06-2661) currently pending in the Providence County Superior Court. (A copy of the complaint is appended hereto as Exhibit 1). The above listed defendants received notice of the complaint on May 16, 2006.

This Court has jurisdiction over the matter pursuant to 28 U.S.C. § 1332 as the plaintiff, Packaging Graphics, LLC, is a resident of the State of Rhode Island, the plaintiff, John A. Denson, is a resident of the State of Connecticut, and both defendants are residents of the State of Ohio. As the complaint alleges defamation, tortious interference with advantages relations and unfair competition, damages are likely to exceed $75,000.

Respectfully submitted

Defendants,
By their Attorneys

Daniel K. Kinder (#2151)
George H. Rinaldi (#5599)
Little Medeiros Kinder Bulman &
Whitney, PC
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195
Email: dkinder@lmkbw.com
grinaldi@lmkbw.com

Dated: May 17, 2006

**CERTIFICATION**

I hereby certify that on the 17th day of May, 2006 I have caused a true and accurate copy of the within Notice to be sent by First Class mail, postage prepaid, to Charles S. Beal, Esq., Cameron & Mittleman, 56 Exchange Terrace, Providence, RI 02903