**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**PACKAGING GRAPHICS, LLC**
**and JOHN A. DENSON**
**Plaintiffs**

**v.** **C.A.No.:**

**ROHRER CORPORATION and**
**JOHN P. ROHRER**

**NOTICE OF FILING OF**
**CERTIFIED STATE COURT RECORD**

In accordance with 28 U.S.C. § 1447(b), Local Rule 36(b) and General Order 2003-01, the Defendants, Rohrer Corporation and John P. Rohrer certify that appended to this Notice is a certified true copy of the record maintained by the Clerk of the Providence County Superior Court with regard to the civil action captioned Packaging Graphics, LLC and John A. Denson v. Rohrer Corporation and John P. Rohrer (C.A.No.: PB06-2661), which was removed to this Honorable Court on May 17, 2006. Said record consists of:

1. Docket Event Listing
2. Civil Cover Sheet
3. Verified Complaint
4. Motion for Preliminary Injunction
5. Motion for Expedited Discovery
6. Notice of Removal

Respectfully submitted

Defendants,
By their Attorneys

Daniel K. Kinder (#2151)
George H. Rinaldi (#5599)
Little Medeiros Kinder Bulman & Whitney, PC
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195
Email: dkinder@lmkbw.com
grinaldi@lmkbw.com

Dated: May 17, 2006

**CERTIFICATION**

I hereby certify that on the 17th day of May, 2006 I have caused a true and accurate copy of the within Notice of Filing of Certified State Court Record to be sent by First Class mail, postage prepaid, to Charles S. Beal, Esq., Cameron & Mittleman, 56 Exchange Terrace, Providence, RI 02903