UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PACKAGING GRAPHICS, LLC
and JOHN A. DENSON,
Plaintiffs,

v. C.A. No. 06-230ML

ROHRER CORPORATION and
JOHN P. ROHRER,
Defendants.

**PLAINTIFFS' EMERGENCY MOTION FOR EXPEDITED DISCOVERY**

Now come Plaintiffs, Packaging Graphics, LLC and John A. Denson (the "Plaintiffs"), and move this Honorable Court for an Order compelling expedited discovery with regard to the subject matter of Plaintiffs' Motion for a Preliminary Injunction filed simultaneously herewith. As grounds for their Motion, Plaintiffs rely on the Memorandum of Law in support of Motion for Expedited Discovery filed simultaneously herewith, as well as the Verified Complaint submitted in Providence County Superior Court and removed to this Court.

PACKAGING GRAPHICS, LLC
and JOHN A. DENSON,

By Their Attorneys,

Charles S. Beal (#5559)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700
Fax (401) 331-5787

Date: May 19, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of May, 2006, a true copy of the within was hand-delivered to the following:

Daniel K. Kinder, Esq.
Little Medeiros Kinder Bulman & Whitney PC
72 Pine Street
Providence, RI 02903

G:\csb\PackagingGraphics\pldgs\moexpediteddiscov.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PACKAGING GRAPHICS, LLC and JOHN A. DENSON, Plaintiffs, | : | |
| v. | : | C.A. No. 06-230ML |
| ROHRER CORPORATION and JOHN P. ROHRER, Defendants. | : | |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR EXPEDITED DISCOVERY**

Plaintiffs, Packaging Graphics, LLC and John A. Denson (the "Plaintiffs"), respectfully submit this Memorandum of Law in support of their Motion for Expedited Discovery with regard to the subject matter of their pending application for a Preliminary Injunction against Defendants.

This case, which was removed to this Court by Defendants based on diversity of citizenship, involves Plaintiffs' claim that they are being irreparably harmed on an ongoing basis as a result of defamatory and malicious statements made by the Defendants in a letter-writing campaign to its potential customers falsely stating that the Plaintiffs have acted unlawfully and would be acting unlawfully by filling the orders of those customers or selling to these customers and prospective customers. It is Plaintiffs' contention that the false statements that are attached to and excerpted in the Verified Complaint, in addition to being libel, *per se*, are causing irreparable harm on an ongoing basis.

Accordingly, Plaintiffs filed a Motion for a Preliminary Injunction with the Providence County Superior Court, seeking expedited discovery as to the circumstances and manner under which the false and defamatory statements were disseminated and are continuing to be

disseminated by Defendants. On Tuesday, May 16, 2006, Mr. Justice Silverstein granted Plaintiffs' identical Motion for Expedited Discovery and scheduled a hearing on the Preliminary Injunction Application for June 16, 2006, but this matter was removed to this Court by Defendants before a written Order was entered.

It is respectfully submitted that for the reasons set out in Plaintiffs' Motion for a Preliminary Injunction and the Verified Complaint, as well as for the reasons relied upon by Judge Silverstein, this Court should enter an Order requiring Defendants to respond to Requests for Production of Documents and Interrogatories within ten days of service thereof, and that Defendant John P. Rohrer, as well as potential 30 (b)(6) or other witnesses, be compelled to appear for a deposition in the ten days following Defendants' production responses to the Requests and Interrogatories.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order compelling the accelerated discovery schedule proposed herein.

PACKAGING GRAPHICS, LLC
and JOHN A. DENSON,

By Their Attorneys,

Charles S. Beal (#5559)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700
Fax (401) 331-5787

Date: May 19, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of May, 2006, a true copy of the within was hand-delivered to the following:

Daniel K. Kinder, Esq.
Little Medeiros Kinder Bulman & Whitney PC
72 Pine Street
Providence, RI 02903

____________________________

G:\csb\PackagingGraphics\pldgs\memomoexpediteddiscov.doc