UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PACKAGING GRAPHICS, LLC, et al. | : | |
| | : | |
| v. | : | C.A. No. 06-230ML |
| | : | |
| ROHRER CORP., et al. | : | |

**MEMORANDUM AND ORDER**

Before the Court for determination is Plaintiffs' Emergency Motion for Expedited Discovery. (Document No. 3). 28 U.S.C. § 636(b)(1)(A); LR Cv 72(a). A hearing was held on May 24, 2006. For the reasons summarized below, Plaintiffs' Motion is GRANTED.

This litigation was initiated in Rhode Island Superior Court on May 16, 2006. Plaintiffs' Verified Complaint was accompanied by a Motion for Preliminary Injunction and a Motion for Expedited Discovery. On May 16, 2006, Superior Court Associate Justice Michael Silverstein granted Plaintiffs' Motion for Expedited Discovery and scheduled a hearing for June 14, 2006 on their Motion for a Preliminary Injunction. This action was removed to this Court by Defendants on May 17, 2006. Plaintiffs' counsel indicated that he intends to also press his Motion for a Preliminary Injunction in this Court.

Pursuant to 28 U.S.C. § 1450, all orders entered in an action prior to its removal from state court remain in full force and effect until dissolved or modified by the Federal District Court. Although Defendants opposed Plaintiffs' Motion for Expedited Discovery at the hearing, Defendants' counsel did not dispute that the Motion had already been granted by Justice Silverstein and did not request that this prior order be modified or dissolved. In addition, Plaintiffs' request for a limited amount of expedited discovery appears reasonable given the facts of this case and their

intent to press their Motion for a Preliminary Injunction before this Court in the near future. Thus, given that Justice Silverstein's order granting this Motion remains in full force and effect by statute (28 U.S.C. § 1450), it is arguable that Plaintiffs' Emergency Motion for Expedited Discovery filed in this Court is redundant in that it seeks relief already granted to Plaintiffs. However, after reviewing the file and listening to the arguments of counsel, this Court also GRANTS Plaintiffs' Motion for Expedited Discovery.

LINCOLN D. ALMOND
United States Magistrate Judge
May 24, 2006