ERRATA

have not overcome the "strong presumption" in favor of deferring to Plaintiffs' choice of forum, and the Motion should be denied.

**Argument**

**I. Transfer to the District of Ohio Would Be Inappropriate**

A. This Court Should Not Exercise Its Discretion to Transfer this Matter to a Court Lacking Personal Jurisdiction Over the Parties

Within days of being served with the Complaint in Ohio, Plaintiffs (who are the Defendants in the Ohio Action) filed a Motion to Dismiss the Case for lack of personal jurisdiction over either of them. As set out in great detail in the Motion to Dismiss, Plaintiffs base their Motion on the following facts, among others:

- Packaging Graphics has no offices or employees in Ohio and has little or no sales there;
- Packaging Graphics was not even alleged to have had any contacts whatsoever with Ohio;
- John A. Denson sells exclusively in the Northeast portion of the United States, lives in Connecticut and, during the relevant time period, has only twice set foot within Ohio; and
- None of the alleged conduct underlying the Complaint was alleged to have occurred in Ohio.

After hearing preliminary argument on these issues in connection with Rohrer's Motion for a Temporary Restraining Order and Preliminary Injunction, the Federal Court in Ohio invited briefs relating to the jurisdictional issue and has not yet scheduled a hearing on Rohrer's Preliminary Injunction Motion. Packaging Graphics and Mr. Denson's Reply Memorandum in support of their Motion to Dismiss for lack of personal jurisdiction was filed in the United States District Court for the District of Ohio on Wednesday, June 7, 2006.

FILED

JUN 0 9 2006

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND