AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

Packaging Graphics, LLC, et al.

V.

Rohrer Corporation, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 06-230 ML

TO: Charles Beal Esq
Matlet Group LLC - Keeper of Records
30 Kennedy Plz Ste 400
Providence, RI 02903-2329

YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please refer to "Exhibit A" to this Subpoena, which describes the requested documents.

| PLACE | DATE AND TIME |
|---|---|
| The Offices of Little Medeiros Kinder Bulman & Whitney PC, George H. Rinaldi, Esq., 72 Pine Street, Providence RI 02903 | 6/14/06 @ 4:00 p.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] (5599) Counsel for Defendants | 6/6/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Little Medeiros Kinder Bulman & Whitney, P.C.
72 Pine St., Providence, RI 02903

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

41.00 #6074

PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 6/9/06 | 56 Exchange Terr. Providence 2nd Floor |
| SERVED ON (PRINT NAME) Matlet Group LLC c/o Charles Beal Esq. | | MANNER OF SERVICE |
| SERVED BY (PRINT NAME) Thomas Noury 41 N. Elmore Ave. P.O. Box 114026 North Providence, RI 02911 | | TITLE |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 6/9/06
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER Thomas Noury 41 N. Elmore Ave. P.O. Box 114026 North Providence, RI 02911