**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**PACKAGING GRAPHICS, LLC**
**And JOHN A. DENSON**

**v.** **C.A. No. 06-230ML**

**ROHRER CORPORATION and**
**JOHN P. ROHRER**

**NOTICE TO TAKE DEPOSITION**

TO:

Charles S. Beal, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, Rhode Island 02903

Please take notice that the Defendants, Rohrer Corporation and John P. Rohrer, pursuant to Rule 30 of the Federal Rules of Civil Procedure, will take the deposition of Greg Iannucillo before a notary public or some other duly authorized person, on the 20th day of July, 2006 at 2:00 p.m. and continuing day to day thereafter until conclusion, at the offices of Little Medeiros Kinder, Bulman & Whitney, P.C., 72 Pine Street, Providence, Rhode Island 02903. You are invited to attend and take such part as is appropriate under law.

Respectfully submitted,
Defendants,
By their Attorneys,

Daniel K. Kinder #2151
dkinder@lmkbw.com
George H. Rinaldi #5599
grinaldi@lmkbw.com
Little Medeiros Kinder Bulman & Whitney PC
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195

Thomas J. Wiencek
(Admitted pro-hac vice)
twiencek@brouse.com
Hans A. Nilges
(Admitted pro-hac vice)
hnilges@brouse.com
**BROUSE McDOWELL**
388 South Main Street, Suite 500
Akron, Ohio 44311-4407
Tel: (330) 535-5711
Fax: (330) 253-8601

Dated: July 14, 2006

## CERTIFICATION

I hereby certify that on the 14th day of July, 2006 I have caused a true and accurate copy of the within Notice of Deposition to be sent by facsimile devise (401-331-5787) and First Class mail, postage prepaid, to Charles S. Beal, Esq., Cameron & Mittleman, 56 Exchange Terrace, Providence, RI 02903