**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**PACKAGING GRAPHICS LLC, and**
**JOHN A. DENSON**

**v.**

**CASE NO: 06-230-ML**

**ROHRER CORPORATION, AND**
**JOHN P. ROHRER**

# DISMISSAL STIPULATION

Now come the Plaintiffs, Packaging Graphics LLC and John A. Denson, and the Defendants, Rohrer Corporation and John P. Rohrer, and, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure hereby stipulate that the entire action be and hereby is dismissed, with prejudice, waiving interest, costs, attorneys' fees and all rights of appeal.

Plaintiffs,

/s/ Charles S. Beal (per consent 9/6/2006)

Charles S. Beal #5559
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903
cbeal@cm-law.com
(401) 331-5700
(401) 331-5787-FAX

Defendants,

/s/ George H. Rinaldi

Daniel K. Kinder #2151
dkinder@lmkbw.com
George H. Rinaldi #5599
grinaldi@lmkbw.com
Little Medeiros Kinder Bulman & Whitney PC
72 Pine Street
Providence, RI 02903
(401) 272-8080
(401) 272-8195-FAX

/s/ Hans A. Nilges (per consent 9/6/2006)

Thomas J. Wiencek (Admitted pro hac vice)
twiencek@brouse.com
Hans A. Nilges (Admitted pro hac vice)
hnilges@brouse.com
Brouse McDowell
388 South Main Street, Ste. 500
Akron, OH 44311-4407
(330) 535-5711
(330) 253-8601 - FAX

**CERTIFICATION**

I hereby certify that on the 6th day of September, 2006 I caused a true and accurate copy of the foregoing document to be sent by email to the following:

Charles S. Beal, Esq.
cbeal@cm-law.com

Thomas J. Wiencek, Esq.
twiencek@brouse.com

Hans A. Nilges, Esq.
hnilges@brouse.com

/s/ George H. Rinaldi____________________

George H. Rinaldi #5599
grinaldi@lmkbw.com
Little Medeiros Kinder Bulman & Whitney PC
72 Pine Street
Providence, RI 02903
(401) 272-8080
(401) 272-8195-FAX

[655286]